UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FARIS ADBUL-MATIYN,

                Plaintiff,

      -against-

DISTRICT ATTORNEY'S OFFICE BRONX COUNTY,

                Defendant.

21-CV-11074 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued December 28, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED, AND DECREED that under the May 5, 2016 order in *Richardson v. City of New York*, ECF 1:15-CV-6025, 10 (S.D.N.Y. May 5, 2016), the complaint is dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  December 28, 2021
           New York, New York

                        /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                Chief United States District Judge