UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FARIS ABDUL-MATIYN,

                Plaintiff,

-against-

DISTRICT ATTORNEY'S OFFICE BRONX COUNTY,

                Defendant.

21-CV-11074 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued February 22, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 22, 2022
           New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge